IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDY WELLS, an individual;<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>NUTRIEN AG SOLUTIONS, INC., a Delaware corporation;<br><br>　　　　　　　Defendant. | 4:20CV3052<br><br>ORDER |

　　　This matter is before the court upon the notice of death of Plaintiff Randy Wells. In accordance with Fed. R. Civ. P. 25(a)(1), Plaintiff has moved for substitution requesting that decedent's wife, as personal representative of Plaintiff's estate, be the named plaintiff. (Filing No. 19). The court considered this matter during a telephone conference on November 17, 2020, and Plaintiff's motion is unopposed.

　　　Accordingly,

　　　IT IS ORDERED:

1)　　The Plaintiff's motion, (Filing No. 19), is granted as follows.

　　　a.　　The named plaintiff is now Jordan R. Wells, Personal Representative of the Estate of Randy J. Wells;

　　　b.　　the caption on all docket filings hereafter shall reflect this substitution of parties; and

　　　c.　　the clerk shall correct the court's docket accordingly.

　　　Dated this 19th day of November, 2020.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　United States Magistrate Judge